IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-22869-CIV-MORENO

SHAHLA M. RABIE CORTEZ,

      Plaintiff,

v.

PALACE HOLDING, S.A. de C.V.;
PALACE RESORTS, S.A. de C.V.;
PALACE PREMIER, S.A. de C.V.,
d/b/a PALACE PREMIER;
PALACE RESERVATIONS, S.A. de C.V.,
d/b/a PALACE RESORTS; and
MOON PALACE GOLF & SPA RESORT,

      Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Shahla M. Rabie Cortez, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby gives notice of the dismissal of this action with prejudice. The parties shall each bear their own attorney's fees and costs.

DATE: January 27, 2014

| | |
|---|---|
| DIAZ, REUS & TARG, LLP | BY: s/Gary Davidson |
| 100 Southeast Second Street | Michael Diaz, Jr. |
| Suite 3400 | Florida Bar No. 606774 |
| Miami, Florida 33131 | Gary E. Davidson |
| Telephone: (305) 375-9220 | Florida Bar No. 69094 |
| Facsimile: (305) 375-8050 | |
| | *Counsel for Plaintiff* |
| | *Shahla M. Rabie Cortez* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 27th day of January 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the manner specified, either via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Raoul Cantero
Neal McAliley
John-Paul Rodriguez
WHITE & CASE, LLP
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
*Counsel for Defendants*

Emails:     rcantero@whitecase.com
            nmcaliley@whitecase.com
            jrodriguez@whitecase.com

                                            s/Gary Davidson
                                              Gary E. Davidson